**ROBERT LAMANUZZI, 213673**
ATTORNEY AT LAW
2020 TULARE STREET SUITE A
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 441-1979

Attorney for Defendant, FELICIA GITMED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>FELICIA GITMED,<br><br>  Defendant. | ) **Case:** 14-CR-00189 AWI BAM (003)<br>)<br>)<br>)<br>) WAIVER OF DEFENDANT'S<br>) PRESENCE; ORDER<br>)<br>)<br>)<br>)<br>) |

   Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant of record Felicia Gitmed, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver; agrees that her interests will be

deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under that Act without defendant being present.

Dated: October 3, 2014                    /s/ Felicia Gitmed
                                          Felicia Gitmed
                                          (Original retained by Attorney.)

I agree with and consent to my client's waiver of appearance.

Dated:  October 3, 2014

                                           /s/ Robert Lamanuzzi
                                          ROBERT LAMANUZZI
                                          Attorney for Defendant, Felicia Gitmed


   **IT IS SO ORDERED**.

IT IS SO ORDERED.

   Dated:  **October 9, 2014**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE