ROBERT LAMANUZZI, SBN  213673
2020 Tulare Street  Suite A
Fresno, CA 93721
(559) 441-1979

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>FELICIA GITMED,<br><br>       Defendant | Case No.: 14-CR-00189 AWI-BAM<br><br>STIPULATION AND ORDER<br>TO AMEND CONDITIONS OF PRE-TRIAL RELEASE |

      IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the following conditions be added to the defendant's pretrial release:

1) You shall refrain from ANY use of alcohol, a narcotic drug or other controlled substance without a prescription from a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana, prescribed or not, may not be used;

2) You shall submit to drug and/or alcohol testing as approved by the Pretrial Services officer.  You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the Pretrial Services officer; and

3) All other previously ordered conditions of release not in conflict with this order s hall remain in full force and effect.

    This request is in lieu of a bond violation hearing, wherein it could be shown by clear and convincing evidence that on or about December 11, 2015, the defendant was arrested for

allegedly driving under the influence of alcohol, in violation of the overarching condition that the defendant obey all laws. Rather than admitting to a new law violation at a bond violation hearing, the defendant by and through defense counsel, accepts responsibility for her actions, and is willing to abide by the additionally imposed conditions as imposed by the Court and within the meaning of the Bail Reform Act. Both counsel for the Government as well as the Pretrial Services officer agree with and request this modification.

Dated:  January 13, 2016

/s/ Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant, Felicia Gitmed

Dated: January 13, 2016

/s/ Henry Carbajal
HENRY CARBAJAL
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED THAT the above listed conditions be added to defendant's Pretrial Conditions of Release that are already in effect

IT IS SO ORDERED.

Dated:  **January 13, 2016**

UNITED STATES MAGISTRATE JUDGE