BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-189-AWI |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| FELICIA GITMED, | |
| Defendant. | |

## BACKGROUND

This matter is currently scheduled for consideration of the Pre-Sentence Investigation Report and sentencing on **January 25, 2016**. Counsel for defendant Felicia Gitmed indicated that the defendant required additional time to meet with U.S. Probation and to prepare for sentencing. The parties therefore request that the current sentencing date be continued to **February 22, 2016**.

A proposed order appears below.

//
//
//
//
//
//

1

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the sentencing hearing currently set for January 25, 2016 be continued to February 22, 2016 at 10:00am in courtroom 2 on the 7th floor.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: January 19, 2016        By:    /s/ Michael G. Tierney
                                      Michael G. Tierney
                                      Assistant United States Attorney

DATED: January 19, 2015        By:    /s/ Robert C. Lamanuzzi
                                      Robert C. Lamanuzzi
                                      Attorney for Felicia Gitmed

## **O R D E R**

IT IS SO ORDERED.

Dated:   January 19, 2016         _____
                                   SENIOR DISTRICT JUDGE

2